**United States District Court**
For the Northern District of California

```
 1

 2

 3

 4

 5              IN THE UNITED STATES DISTRICT COURT

 6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

 7

 8  DATAPLEX, INC.,                        No. C 06-6491 CW

 9            Plaintiff,                   ORDER DENYING
                                           WITHOUT PREJUDICE
10       v.                                PLAINTIFFS' MOTIONS
                                           TO CONSIDER WHETHER
11  ALLIANCE SEMICONDUCTOR, CORPORATION,   CASES SHOULD BE
    ET AL.,                                RELATED
12
              Defendants.
13  _____/

14  GREG PRIOETTE,

15            Plaintiff,                   No. C 06-6501 WHA

16       v.

17  CYPRESS SEMICONDUCTOR CORPORATION,
    ET AL.,
18
              Defendants.
19  _____/

20
    ALEXANDER MA,
21                                         No. 06-6511 EDL
              Plaintiff,
22
         v.
23
    ALLIANCE SEMICONDUCTOR CORPORATION,
24  ET AL.,

25            Defendants.

26  _____/

27

28
```

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RECLAIM CENTER, INC., ET AL.,

No. 06-6533 SI

      Plaintiffs,

    v.

SAMSUNG ELECTRONICS CO., LTD.,
ET AL.,

      Defendants.

_____/

YONI RIBO,

No. 06-6535 WHA

      Plaintiff,

    v.

CYPRESS SEMICONDUCTOR CORPORATION,
ET AL.,

      Defendants.

_____/

ARTHUR MADSEN, ET AL.,

No. 06-6541 SI

      Plaintiffs,

    v.

SAMSUNG ELECTRONICS CO., LTD.,
ET AL.,

      Defendants.

_____/

JAMIE MAITES, ET AL.,

No. 06-6542 SBA

      Plaintiffs,

    v.

SAMSUNG ELECTRONICS CO., LTD.,
ET AL.,

      Defendants.

_____/

2

United States District Court

For the Northern District of California

1  WESTELL TECHNOLOGIES INC.,                    No. 06-6652 JL

2           Plaintiff,

3      v.

4  ALLIANCE SEMICONDUCTOR CORPORATION,
   ET AL.,
5
            Defendants.
6
   _____/
7
   DAVID TAKEDA,                                 No. 06-6663 MEJ
8
            Plaintiff,
9
       v.
10
   ALLIANCE SEMICONDUCTOR CORPORATION,
11 ET AL.,

12          Defendants.
   _____/
13
   KAROL JUSKIEWICZ,                             No. 06-6668 MJJ
14
            Plaintiff,
15
       v.
16
   SAMSUNG ELECTRONICS CO., LTD.,
17 ET AL.,

18          Defendants.

19 _____/
                                                 No. 06-6698 JSW
20 CHIP TECH, LTD.,

21          Plaintiff,

22     v.

23 CYPRESS SEMICONDUCTOR CORP., ET AL.,

24          Defendants.

25 _____/

26

27

28                            3

**United States District Court**
For the Northern District of California

MICHAEL FRANCIS AYERS, ET AL.,                    No. 06-6770 SBA

            Plaintiffs,

       v.

SAMSUNG ELECTRONICS CO., LTD.,
ET AL.,

            Defendants.

_____/

DON THOMPSON, ET AL.,                             No. 06-7006 SI

            Plaintiffs,

       v.

ALLIANCE SEMICONDUCTOR CORPORATION,
ET AL.,

            Defendants.

_____/

STARGATE FILMS INC.,                              No. 06-7007 CW

            Plaintiff,

       v.

ALLIANCE SEMICONDUCTOR CORPORATION,
ET AL.,

            Defendants.

_____/

MICHAEL KATZ, ET AL.,                             No. 06-7194 MEJ

            Plaintiffs,

       v.

SAMSUNG ELECTRONICS CO., LTD.,
ET AL.,

            Defendants.

_____/

4

**United States District Court**
For the Northern District of California

1     The Court has before it five motions to consider whether cases

2     should be related.  The Court has also received a notice from the

3     Judicial Panel on Multidistrict Litigation that a motion to

4     transfer has been filed pursuant to 28 U.S.C. § 1407 (MDL No. 1819,

5     In re Static Random Access Memory (SRAM) Antitrust Litigation).

6     Because resolution of the motion to transfer may moot the motions

7     before this Court, the Court DENIES the motions to consider

8     relating without prejudice to renewal following the resolution of

9     the proceedings before the Judicial Panel on Multidistrict

10    Litigation (Docket Nos. 4, 7, 16, 26, 28).[1]

11

12         IT IS SO ORDERED.

13



14    Dated: 12/ 14/06    _____

15                        CLAUDIA WILKEN
                          United States District Judge

16

17

18

19

20

21

22

23

24    _____

25         [1] The Court notes that there is a motion to consider relating
      some of these cases to an earlier numbered case, In re DRAM
26    Antitrust Litigation, No. 02-1486 PJH), which Judge Hamilton denied
      without prejudice due to the pending proceedings before the
27    Judicial Panel on Multidistrict Litigation.

28                                  5